IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD R. NEWSOME, | § | |
| TDCJ #437698, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0508 |
| | § | |
| HARRIS COUNTY DIRECTOR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On February 7, 2007, this Court dismissed the civil rights complaint filed by state

inmate Edward R. Newsome (TDCJ #437698) as barred by 28 U.S.C. § 1915(g) and by a

preclusion order entered against him previously in this district. *See Newsome v. Sutter*, Civil

Action No. H-04-3596 (S.D. Tex. Nov. 26, 2004) (entering a preclusion order against

Newsome, and directing the Clerk's Office to return "all mail" from Newsome marked

"Frivolous Filer, Return to Sender").  Alternatively, the Court found that the pending

complaint was subject to dismissal as frivolous and malicious.

Pending before the Court is a motion for summary judgment by Newsome.  Because

this case is closed, it is **ORDERED** that the pending motion (Doc. # 10) is **DENIED**.

**Newsome is advised that any further pleadings, motions, or submissions filed in**

**this case will be stricken from the record or returned un-filed under the terms of the**

**above-referenced preclusion order.**

The Clerk will provide a copy of this order to the plaintiff.

SIGNED at Houston, Texas, on <u>March 1st</u>,  2007.

 

 

Nancy F. Atlas
United States District Judge