IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD R. NEWSOME, <br> TDCJ #437698, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS COUNTY DIRECTOR, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-07-0508 |

## ORDER

On February 7, 2007, this Court dismissed the civil rights complaint filed by state inmate Edward R. Newsome (TDCJ #437698) as barred by 28 U.S.C. § 1915(g) and by a preclusion order entered against him previously in this district. *See Newsome v. Sutter*, Civil Action No. H-04-3596 (S.D. Tex. Nov. 26, 2004) (entering a preclusion order against Newsome, and directing the Clerk's Office to return "all mail" from Newsome marked "Frivolous Filer, Return to Sender"). Alternatively, the Court found that the pending complaint was subject to dismissal as frivolous and malicious.

Pending before the Court is a motion for leave to proceed *in forma pauperis* on appeal. Because Newsome is barred from proceeding *in forma pauperis* by 28 U.S.C. § 1915(g), it is **ORDERED** that the pending motion (Doc. # 14) is **DENIED**.

**Newsome is advised that any further pleadings, motions, or submissions filed in this case will be stricken from the record or returned un-filed under the terms of the above-referenced preclusion order.**

The Clerk will provide a copy of this order to the plaintiff.

SIGNED at Houston, Texas, on March 6, 2007.

_____
Nancy F. Atlas
United States District Judge